## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**TRENTON**                                                                          **May 21, 2010**
**OFFICE**                                                                       **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**:                                                     CV-09-430 (GEB)

SHIRLEY A. SESLER
    V.
BROOKDALE COMMUNITY COLLEGE

**APPEARANCES:**

Shirley A. Sesler, *pro se* plaintiff
Robin McMahon, Esq., for defendant

**NATURE OF PROCEEDING:**

Telephone conference held regarding settlement issues.
Right to move to reopen is extended to June 15, 2010.

**Commenced: 12:37pm**
**Adjourned:  12:50pm**                                                    **s/ MARK MORELLI**
                                                                                                      **Deputy Clerk**